Lakshmi Jagannath, Esq. (027523)
Kristin McDonald, Esq. (027082)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Movant, Western American Loan, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Elizabeth Anne Hawkenson,<br><br>Debtor.<br>_____<br>Western American Loan, its assignees and/or successors,<br><br>Movant,<br><br>v.<br><br>Russell Brown, Chapter 13 Trustee,<br><br>Respondents.<br>_____ | Case No. 13-2:16-bk-02468-SHG<br><br>Chapter 13<br><br><br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**2015 CHRYSLER 200**<br>**VIN: 1C3CCCAB6FN635326**<br>**("Vehicle")** |

    Western American Loan, its assignees and/or successors ("Movant") applies for an order vacating the stay to permit Movant to exercise its non-bankruptcy remedies in connection with a vehicle described as a 2015 CHRYSLER 200 VIN: 1C3CCCAB6FN635326 ("Vehicle"). The basis for this motion is set forth in the following memorandum of points and authorities.

File No. AZ-16-124229          6          Case No. 13-2:16-bk-02468-SHG
Motion for Relief
Case 2:16-bk-02468-SHG    Doc 27    Filed 05/04/16    Entered 05/04/16 14:19:55    Desc
Main Document    Page 1 of 4

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL BACKGROUND

1. This court has jurisdiction over the subject matter of this Motion pursuant to the provisions of 28 U.S.C. § 157, 1334, and 11 U.S.C. § 362.

2. On or about 9/27/2015, the Debtor entered into a Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement ("Contract") with Earnhardt Chrysler Jeep Dodge. The loan was subsequently assigned to Western American Loan. The proceeds of the Contract were used to purchase the Vehicle. A copy of the Contract is attached as Exhibit "A".

3. The Contract is secured by a Lien on the Vehicle. A copy of the Lien and Title Information Report is attached hereto as Exhibit "B".

4. The Debtor defaulted on the monthly payments under the terms of the Contract. As of 3/16/2016, the total outstanding principal balance under the Note is $21,845.48.

5. Debtor's monthly payments under the attached contract are $498.78. The Contract is past due for 1/11/2016 and all subsequent payments.

## II. RELIEF FROM STAY LACK OF EQUITY

6. It is not known what, if any, equity there is in the Vehicle since Movant has not had the opportunity to inspect the Vehicle and does not have information on the Vehicle's condition. The net amount due and owing to Movant is $21,845.48.

## III. RELIEF FROM STAY-CAUSE

7. Pursuant to 11 U.S.C. § 361 and § 362(d), Movant is entitled to adequate protection of its interest in the Real Property.

8. Movant believes that Debtor is unwilling or unable to provide adequate protection to the Movant and there is no probability that adequate protection can be afforded to Movant within a reasonable time.

9. By reason of the foregoing, Movant is entitled to relief from the stay under 11 U.S.C. § 362(d)(1).

**WHEREFORE**, Movant request the Court to enter an order for the following relief:

1. Vacating the automatic stay as it applies to the Vehicle.
2. For such other and further relief as the court deems just and proper.

Dated: May 4, 2016              /s/ Kristin McDonald, Esq.
                                Kristin McDonald, Esq.
                                Attorneys for Western American Loan

On 5/4/2016, I served the foregoing **MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Elizabeth Anne Hawkenson, 558 S 167th Ln, Goodyear, AZ 85338

TRUSTEE
Russell Brown, Chapter 13 Trustee, Suite 800, 3838 North Central Avenue, Phoenix, AZ 85012

U.S. TRUSTEE
230 North First Avenue, Suite 204, Phoenix, AZ 85003-1706

BORROWER(S)
Andrew James Glenn, 558 S 167th Ln, Goodyear, AZ 85338

SPECIAL NOTICE(S)
Banner Desert, 14OO S Dobson Rd, Mesa, AZ 85202

Chase Bank, 270 Park Ave, New York, NY 10017

Roundpoint Mortgage Servicing, 4400 Amon Carter Blvd 110, Ft Worth, TX 76155

U.S. Bankruptcy Court, Arizona, 230 North First Avenue, Suite 101, Phoenix, AZ 85003

U.S. Trustee, Office of the U.S. Trustee, 230 North First Avenue Suite 204, Phoenix, AZ 85003

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Christian Aguilar
Christian Aguilar